IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROXANNE GOTTLIEB and<br>ALAN GOTTLIEB<br>7808 Orchard Gate Court<br>Bethesda, Maryland 20817<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDSTAR-GEORGETOWN MEDICAL<br>CENTER, INC., D/B/A GEORGETOWN<br>UNIVERSITY HOSPITAL<br>3800 Reservoir Road NW<br>Washington, DC 20007<br><br>    and<br><br>MEDSTAR HEALTH, INC. D/B/A<br>MEDSTAR-GEORGETOWN MEDICAL<br>CENTER., INC D/B/A GEORGETOWN<br>UNIVERSITY HOSPITAL<br>CT Corporation<br>1015 15th Street, NW, Suite 1000<br>Washington, DC 2005<br><br>    and<br><br>IVICA DUCIC, M.D.<br>Plastic Surgery, Nerve & Headache<br>Institute<br>7601 Lewinsville Road<br>McLean, Virginia 22102<br><br>    Defendants. | Case No.<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiffs Roxanne and Alan Gottlieb (collectively, "Plaintiffs"), by and through undersigned counsel, bring this action against Defendants MedStar-Georgetown Medical Center,

Inc. d/b/a Georgetown University Hospital ("Georgetown University Hospital"), MedStar Health, Inc. d/b/a MedStar-Georgetown Medical Center, Inc., d/b/a Georgetown University Hospital ("MedStar Health"), and Ivica Ducic, M.D. ("Dr. Ducic") (collectively, "Defendants"), to recover for losses suffered as a result of Defendants' negligence that rendered Mrs. Gottlieb disabled, and in support of their complaint allege as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

2. Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391 because Defendants were doing business in the District of Columbia during the relevant time period and the acts or omissions that form the basis for claims against Defendants occurred in the District of Columbia.

3. Plaintiffs appropriately gave notice of their intent to file a lawsuit to Defendants Georgetown University Hospital and Medstar Health on June 10, 2015, and Defendant Dr. Ducic on June 11, 2015 more than ninety (90) days prior to the filing of this complaint, in compliance with D.C. Code Section 16-2802.

## PARTIES

4. Plaintiffs Roxanne and Alan Gottlieb are residents of the State of Maryland. They reside together at 7808 Orchard Gate Court Bethesda, Maryland 20817.

5. At all times relevant hereto Defendant Georgetown University Hospital was a medical corporation in the business of providing health care services, through its employees, servants and real and/or ostensible agents, to those in need thereof in the District of Columbia.

6. At all times relevant hereto defendant MedStar Health was a medical corporation in the business of providing health care services, through its employees, servants and real and/or ostensible agents, to persons in need thereof in the District of Columbia.

7. At all times relevant hereto Defendant Dr. Ducic was a physician practicing in the specialty of plastic surgery and neurosurgery, and at all times relevant hereto was duly licensed in the District of Columbia to provide health care services to persons in need thereof, including the plaintiff Roxanne Gottlieb. At all times relevant herein, Dr. Ducic was a professor in the Department of Plastic Surgery and Neurosurgery at defendant Georgetown University Hospital and an employee, servant and/or real and/or ostensible agent of Defendants Georgetown University Hospital and MedStar Health.

## FACTUAL BACKGROUND

8. Roxanne Gottlieb was a patient under Defendants' care. Dr. Ducic recommended that she undergo a supraorbital and supratrochlear neurectomies operation to relieve her headaches.

9. On or about February 15, 2013, Ivica Ducic, M.D. performed supraorbital and supratrochlear neurectomies on Roxanne Gottlieb.

10. Roxanne Gottlieb had been advised prior to the operation that the operation would probably relieve her headaches.

11. After the surgery, Roxanne Gottlieb was left with severe, untreatable, and disabling pain that has been much worse than the pain prior to the time of surgery.

12. Roxanne Gottlieb is now disabled as a result of this pain and unable to work.

## MEDICAL NEGLIGENCE

13. The allegations of paragraphs 1 through 12 are hereby re-alleged as though fully set forth herein.

14. At all times relevant hereto, Defendant Ivica Ducic, M.D., and Defendants Georgetown University Hospital and MedStar Health, acting through their respective employees, servants and real and/or ostensible agents, including, but not limited to, Ivica Ducic, M.D., provided medical treatment to Roxanne Gottlieb.

15. At all times relevant hereto, Defendant Ivica Ducic, M.D., and Defendants Georgetown University Hospital and MedStar Health, acting through their respective employees, servants and real and/or ostensible agents, including, but not limited to, Ivica Ducic, M.D., owed the plaintiff a duty of care in accordance with applicable national standards of care.

16. At all times relevant hereto, Defendant Ivica Ducic, M.D., and Defendants Georgetown University Hospital and MedStar Health, acting through their respective employees, servants and real and/or ostensible agents, including, but not limited to, Ivica Ducic, M.D., breached their duties to Roxanne Gottlieb and applicable standards of care by, *inter alia:*

    a. Upon information and belief, intentionally and willfully failing to inform Roxanne Gottlieb of the substantial risk that she could suffer permanent, disabling, untreatable pain, knowing that a substantial percentage of patients have such a result;

    b. Upon information and belief, publishing literature that presented results different from his underlying data to attract potential patients throughout the United States;

  c. Negligence, gross negligence, and reckless and willful misconduct in performing supraorbital and supratrochlear neurectomies without accurately presenting the risks, benefits, and reasonable alternatives; and

  d. Defendants Georgetown University Hospital, MedStar Health, and Ivica Ducic, M.D. were otherwise negligent.

17. Dr. Ducic, and defendants Georgetown University Hospital and MedStar Health, acting through their respective employees, servants and real and/or ostensible and/or apparent agents, including, but not limited to, Dr. Ducic, failed to obtain appropriate informed consent.

18. As a direct and proximate result of the aforesaid negligence and failure to provide appropriate informed consent, Roxanne Gottlieb is now left with severe, untreatable, and disabling pain. She is now disabled as a result of this pain and unable to work.

19. Plaintiff Roxanne Gottlieb, has suffered damages that are recognized under the District of Columbia law pertaining to medical malpractice actions. Those damages include, but are not limited to, past, present and future medical and hospital bills; emotional distress; and such other damages as are recognized under District of Columbia Law pertaining to medical malpractice actions. Plaintiff Roxanne Gottlieb has incurred, and will continue to incur, great sums of money for the medical care that she will require for the remainder of her life.

20. Additionally, in this case, punitive damages are warranted because the care and treatment by the Defendant Ivica Ducic was grossly negligent, and demonstrated willful and reckless indifference to the health and welfare of Plaintiff Roxanne Gottlieb.

21. WHEREFORE, Plaintiff Roxanne Gottlieb demands judgment against Defendants for (a) compensatory damages in this medical malpractice action in the full amount of $20,000,000, plus interest and costs incurred; and (b) for punitive damages against Defendant

Dr. Ducic in this medical malpractice action in the full amount of $7,000,000, plus interest and costs incurred.

## NEGLIGENCE

22. The allegations of paragraphs 1 through 20 are hereby re-alleged as though fully set forth herein.

23. Georgetown University Hospital and MedStar Health, by and through its agents, employees, and staff were negligent when they failed to act with the prudence that a reasonably careful person or entity would exercise under circumstances similar to those in this case.

24. The negligence of Georgetown University Hospital and MedStar Health includes, but is not limited to, the following:

    a) Negligent hiring;

    b) Negligent training; and

    c) Negligent supervision.

25. WHEREFORE, Plaintiff Roxanne Gottlieb demands judgment against Georgetown University Hospital and MedStar Health for compensatory damages in the full amount of $20,000,000, plus interest and costs incurred.

## LOSS OF CONSORTIUM

26. The allegations of paragraphs 1 through 24 are hereby re-alleged as though fully set forth herein.

27. At the time of the medical negligence set forth in this complaint, the Plaintiffs Roxanne Gottlieb and Alan Gottlieb were married and continue to be married.

28. That as a result of the wrongful and negligent acts of the Defendants Ivica Ducic, M.D., Georgetown University Hospital and MedStar Health, Plaintiff Alan Gottlieb was caused

to suffer and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

29. That all the foresaid injuries and damages were caused solely and proximately by the negligence of the Defendants.

30. WHEREFORE, Plaintiff Alan Gottlieb demands judgment against Defendants in the full amount of $7,000,000 plus interest and costs incurred.

### JURY DEMAND

Plaintiffs Roxanne and Alan Gottlieb respectfully demand a jury trial for the claims of themselves in this action.

Date:  January 14, 2016

Respectfully submitted,

_____
James C. Bailey (DC # 462391)
Michael A. Tilghman II (DC # 988441)
BAILEY & EHRENBERG PLLC
1015 18th Street NW
Suite 204
Washington, DC  20036
T:  (202) 331-1331
F:  (202) 318-7071
jcb@becounsel.com
mat@becounsel.com

Michael M. Wilson, Esquire (DC # 941674)
Michael M. Wilson & Associates
1120 19th Street, N.W., Suite LL-11
Washington, DC 20036-3642
T: (202) 223-4488
wilson@wilsonlaw.com

*Counsel for the Plaintiff*