**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROXANNE GOTTLIEB, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   **Case No. 16-CV-0068 RDM** |
| | * |
| MEDSTAR-GEORGETOWN MEDICAL | * |
| CENTER, INC., D/B/A GEORGETOWN | * |
| UNIVERSITY HOSPITAL, et al., | * |
| | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, by and through undersigned counsel, hereby dismisses with prejudice all claims and causes of action against the Defendants with the consent of all parties and counsel as indicated by the signatures of all counsel, below.

All parties to bear their own costs.

Respectfully submitted,

**BAILEY & EHRENBERG, PLLC**

 */s/ James C. Bailey (with permission)*
James C. Bailey, Esquire (#462391)
jcb@becounsel.com
Michael A. Tilghman, II, Esquire (#988441)
mat@becounsel.com
1015 18th Street, NW, Suite 204
Washington, DC 20036
202-331-1331
*Counsel for Plaintiff, Roxanne Gottlieb*

**MICHAEL M. WILSON & ASSOCIATES**

*James M. Wilson (with permission)*
Michael M. Wilson, Esquire (#941674)
wilson@wilsonlaw.com
1120 19th Street, NW, Suite LL-11
Washington, DC 20036
202-223-4488
*Counsel for Plaintiff, Roxanne Gottlieb*


**ARMSTRONG, DONOHUE, CEPPOS,
 VAUGHAN & RHOADES, CHARTERED**

*/s/  Jeremy R. Krum*
Larry A. Ceppos, Esquire (#361439)
lac@adclawfirm.com
Jeremy R. Krum, Esquire (#16024)
jrk@adclawfirm.com
204 Monroe Street, Suite 101
Rockville, Maryland  20850
301-251-0440
*Counsel for Defendants, Ivica Ducic, M.D., and MedStar-Georgetown Medical Center, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July, 2016, a copy of the foregoing Stipulation of Dismissal with Prejudice was electronically filed and served upon:

James C. Bailey, Esquire
Michael A. Tilghman, II, Esquire
Bailey & Ehrenberg, PLLC
1015 18th Street, NW, Suite 204
Washington, DC 20036

Michael M. Wilson, Esquire
Michael M. Wilson & Associates
1120 19th Street, NW, Suite LL-11
Washington, DC 20036

            _/s/  Jeremy R. Krum_
            Jeremy R. Krum